UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

YANCEY PAYNE,

        Petitioner,

   v.

UNITED STATES OF AMERICA,

        Respondent.

CR. NO. 2:96-00426 WBS DAD

ORDER

----oo0oo----

On June 24, 2016, petitioner Yancey Payne filed a motion pursuant to 28 U.S.C. § 1651(a). The United States shall file an opposition to petitioner's motion no later than July 22, 2016. Petitioner may then file a reply no later than August 5, 2016. The court will then take the motion under submission and will inform the parties if oral argument or further proceedings

1

are necessary.

       IT IS SO ORDERED.

Dated:  June 24, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE