UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

YANCEY PAYNE,

          Petitioner,

   v.

UNITED STATES OF AMERICA,

          Respondent.

CR. NO. 2:96-00426 WBS DAD

ORDER

----oo0oo----

IT IS HEREBY ORDERED that petitioner's motion pursuant to 28 U.S.C. § 1651(a) (Docket No. 101) is referred to a Magistrate Judge for all further proceedings pursuant to 28 U.S.C. § 636(b)(1)(B).  The previously set briefing schedule (Docket No. 102) shall remain in effect.

Dated:  July 13, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1