PHILLIP A. TALBERT
Acting United States Attorney
ROSS K. NAUGHTON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:96-CR-00426-WBS-KJN-1 |
|---|---|
| Respondent, | ORDER RE: GOVERNMENT'S MOTION FOR NEW RESPONSE DATE |
| v. | |
| YANCEY PAYNE, | COURT: Hon. Kendall J. Newman |
| Movant. | |

Before the Court is the government's motion for a new response date.  For good cause shown, IT IS HEREBY ORDERED that:

1.  Respondent's motion (ECF No. 105) is granted; and

2.  Respondent shall file its response to the Petition for Writ of Error *Coram Nobis* filed by Yancey Payne (*see* ECF 101) no later than September 22, 2016.  Movant may then file a reply no later than October 20, 2016.

Dated:  July 28, 2016

/payn0426.eot

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE